# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT WARREN,<br><br>Plaintiff,<br><br>vs.<br><br>CITIBANK, N.A.; and<br>DOES 1-10, inclusive,<br><br>Defendants. | CASE NO.<br><br>2:25-cv-01961-E<br><br>**ORDER TO DISMISS** |

IT IS HEREBY ORDERED that pursuant to the Stipulation of the Parties, this matter is dismissed in its entirety with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear their own costs and attorneys' fees.

Dated this   9th day of June, 2025

_____
Honorable Judge Charles F. Eick